```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :    UNSEALING ORDER
          - v. -                        :
                                        :    18 Cr. 904
NATALYA VLADIMIROVNA VESELNITSKAYA,     :
                                        :
               Defendant.               :
- - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _ 8 2019

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Paul M. Monteleoni and Benet J. Kearney;

It is found that the Indictment in the above-captioned action, returned December 20, 2018, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed as of 10:00 a.m. on January 8, 2019, and it is therefore

ORDERED that this Order shall remain under seal until 10:00 a.m. on January 8, 2019, at which time the Indictment in the above-captioned action, and this Order, shall be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York

1/7/2019                    _____
                            UNITED STATES MAGISTRATE JUDGE